■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARRIE RAYAM, Appellant. [621 NYS2d 1001] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Supreme Court, Monroe County, Wesley, J.—Violation of Probation.) Present—Denman, P. J., Balio, Fallon, Callahan and Davis, JJ.